# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 20, 2020

## NO. 03-19-00654-CV

**C. W., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on August 29, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment but that there was error requiring correction. Therefore, the Court modifies the trial court's judgment to remove the provision regarding child-support arrearages. The Court affirms the judgment as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.